IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZUHDIJA OMEROVIC,
No. 077685306,

Petitioner,

v.                                          Case No. 3:17-cv-00306-DRH

DHS/ICE,

Respondent.

## NOTICE OF IMPENDING DISMISSAL

**HERNDON, District Judge:**

This matter is before the Court for case management. Petitioner Omerovic filed this habeas corpus action on March 23, 2017, when he submitted his "Motion to Petition for Writ of Habeas Corpus" (Doc. 1). In it, he claims that he has been detained by Immigration & Customs Enforcement (ICE) for more than 6 months following his August 31, 2016, removal order, and that his removal from the United States is not reasonably foreseeable due to the failure to verify his citizenship in Bosnia and Herzegovina.

Upon receipt of Omerovic's pleading, the Clerk immediately sent him a letter (Doc. 2) advising him of the case number and filing fee requirements for a habeas corpus action. He was warned that if he did not submit either the $5.00 filing fee or a motion for leave to proceed *in forma pauperis* (IFP) within 30 days, his case would be subject to dismissal. He was provided with a blank form motion for IFP. Plaintiff's 30-day deadline of April 24, 2017, has come and gone,

1

and Plaintiff has failed to respond in any way. This action is therefore subject to dismissal for failure to prosecute.

**IT IS THEREFORE ORDERED** that Petitioner shall either pay the $5.00 filing fee for this action, or submit his motion for leave to proceed IFP, within 21 days of the date of entry of this order (on or before June 28, 2017). Failure to comply with this Order **will result in dismissal** of this action for want of prosecution under Federal Rule of Civil Procedure 41(b).

Further, Petitioner is **REMINDED** that he is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his location. Pursuant to Southern District of Illinois Local Rule 3.1(b), notification to the Court of any address change shall be made in writing no later than 7 days after a change in address occurs.

**IT IS SO ORDERED.**

Signed this 7th day of June, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.06.07
15:29:14 -05'00'

**UNITED STATES DISTRICT JUDGE**