IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZUHDIJA OMEROVIC,
No. 077685306,

Petitioner,

v.  Case No. 17-cv-306-DRH

DHS/ICE,

Respondent.

## JUDGMENT

This action came before the Court, District Judge David R. Herndon, for status review of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**JUDGMENT IS HEREBY ENTERED** in this action for habeas corpus pursuant to 28 U.S.C. § 2254. The action is **DISMISSED** without prejudice based on Petitioner's failure to respond to an order of this Court.

**DATED: July 13, 2017**

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tammy McMannis
     Deputy Clerk

APPROVED: Digitally signed by Judge David R. Herndon
Date: 2017.07.13 13:07:53 -05'00'
United States District Judge